IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NEAL THOMAS GRAHAM, <br><br> Petitioner, <br><br> v. <br><br> MIKE ADDISON, Warden, <br><br> Respondent. | Case No. CIV-05-322-RAW |

### ORDER

On June 3, 2008, Magistrate Judge Kimberly E. West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be, in all respects, dismissed. Petitioner filed an Objection on June 19, 2008. After de novo review, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. As a result, Petitioner's objections to the Report and Recommendation are overruled.

Accordingly, the Report and Recommendation of United States Magistrate Judge West is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

IT IS SO ORDERED this 7th day of July, 2008.

**Dated this 7th Day of July 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma