IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

NEAL THOMAS GRAHAM,

    Petitioner,

v.

    Case No. CIV-05-322-RAW

MIKE ADDISON, Warden,

    Respondent.

## JUDGMENT

Pursuant to the Order contemporaneously entered, the court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 7th day of July, 2008.

**Dated this 7th Day of July 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma